# Exhibit 2

Charted Claims:

Device Claim: 1

| US11095757 | Ericsson Network Manager (ENM) ("Accused Product") |
|---|---|
| 1. An interface device for interfacing between a network device and a software-defined networking (SDN) controller, the interface device comprising: a first interface for connecting the interface device to the SDN controller; | The accused product discloses an interface device (e.g., Ericsson Network Manager) for interfacing between a network device (e.g., router) and a software-defined networking (SDN) controller, the interface device (e.g., Ericsson Network Manager) comprising: a first interface (e.g., NETCONF) for connecting the interface device (e.g., Ericsson Network Manager) to the SDN controller.<br><br>As shown below, the accused product Ericsson Network Manager installed on a hardware (e.g., interface device) manages the VNFs (Virtual network Functions) that are orchestrated and deployed by the NFVI (Network Function Virtualization Infrastructure). It serves as an intermediate device between physical network devices such as router (e.g., network device) and its VNF (virtual network function).<br><br>The Ericsson Network Manager installed on a hardware (e.g., interface device) and NFVI are both part of Ericsson's Cloud Software and services where NFVI uses the ODL (OpenDayLight) protocol stack that comprises of interface protocols such as NETCONF, etc. NETCONF protocol in this scenario serves as the northbound connecting interface between the network control plane such as the Ericsson Network Manager installed on a hardware (e.g., interface device) and network administration plane such as the SDN controller. |

## Ericsson Network Manager

PORTFOLIO

interface device

Network virtualization, software-defined networking (SDN), and analytics provide the automation, programmability, and agility needed to deliver complex services and new use cases in 5G networks. Today's networks must be flexible and scalable to support massive numbers of devices across different verticals. As these networks continue to transform, the foreseeable future will feature a blend of legacy and virtualized network functions, resulting in hybrid networks. To manage these flexible, programmable, evolving hybrid networks, service providers will need to employ network management covering radio, transport, and core network technologies in an end-to-end manner.



https://www.ericsson.com/en/portfolio/cloud-software-and-services/network-management-and-automation/ericsson-network-manager

As an entirely unified network manager with universal applications for all network technologies, Ericsson's Network Manager provides precisely this end-to-end flexibility, enabling a seamless and efficient operation between networks and network layers as well as a set of unified applications and tools to securely manage radio access, transport, and core networks. The Ericsson Network Manager's uniform operational environment includes a collection of consolidated management functions based on a cloud-ready software platform and delivers close to zero downtime during software upgrades, ensuring the full visibility and control of networks.

https://www.ericsson.com/en/portfolio/cloud-software-and-services/network-management-

and-automation/ericsson-network-manager

**What is Ericsson Network Manager?**

- Consider Ericsson Network Manager to ensure: Environment uniformity, with a common set of applications to enable management of all technologies accessible through a single view with secure control

- Management of all technologies and their evolution, handling classical technologies out-of-the-box from day one as well as all cloud-based technologies in the same uniform way (ready to handle the change from 4G to 5G and continuously updated to be ready for the next wave of technology)

- Virtual network function management (VNFM), combined with analytics and policy-based auto-scaling capabilities interworking with various standard distributions

- Scalability, delivering high capacity through a flexible scaling deployment that enables consolidation of existing OSS sites to grow or manage more complexity and consolidate a number of existing OSS sites

https://www.ericsson.com/en/portfolio/cloud-software-and-services/network-management-and-automation/ericsson-network-manager

This adaptability is where Ericsson Network Manager shows the strength of its long-term vision. The same Ericsson Network Manager application software can run on containerized clouds, virtualized clouds, private or public clouds, and natively on commodity hardware. Regardless of the deployment option, the experience delivered to the end user will be the same high-quality, high-performance Network Management bringing a smooth operation and increased customer experience.

https://www.ericsson.com/en/blog/2023/8/building-network-management-for-the-future

## VNF Manager (VNFM)

The VNF manager (VNFM) performs seamless lifecycle management operations like instantiation, scale-in/scale-out, termination, upgrade and healing, together with the NFVO layer. The VNFM acts as a layer between service orchestration and the container management layer. This forms a modular and layered orchestration architecture prepared for higher layer service orchestration.

https://www.ericsson.com/en/nfv



https://www.ericsson.com/en/blog/2020/10/automation-for-5g-ip-transport-networks



https://www.ericsson.com/en/mobile-transport/purpose-built-router



https://www.ericsson.com/en/portfolio/cloud-software-and-services/cloud-core/cloud-infrastructure/nfvi

https://www.ericsson.com/en/portfolio/cloud-software-and-services/cloud-core/cloud-

infrastructure/nfvi/cloud-sdn



https://www.opendaylight.org/



## Module and Multiprotocol

The ODL platform is designed to allow downstream users and solution providers maximum flexibility in building a controller to fit their needs. The modular design of the ODL platform allows anyone in the ODL ecosystem to leverage services created by others; to write and incorporate their own; and to share their work with others. ODL includes support for the broadest set of protocols in any SDN platform – OpenFlow, OVSDB, NETCONF, BGP and many more – that improve programmability of modern networks and solve a range of user needs.

https://www.opendaylight.org/platform-overview

# NETCONF User Guide

## Overview

NETCONF is an XML-based protocol used for configuration and monitoring devices in the network. The base NETCONF protocol is described in RFC-6241.

**NETCONF in OpenDaylight:.**

OpenDaylight supports the NETCONF protocol as a northbound server as well as a southbound plugin. It also includes a set of test tools for simulating NETCONF devices and clients.

https://docs.opendaylight.org/projects/netconf/en/latest/user-guide.html#northbound-netconf-servers

<table>
<tr>
<td></td>
<td>

**1.2.   Protocol Overview**

NETCONF uses a simple RPC-based mechanism to facilitate communication between a client and a server.  The client can be a script or application typically running as part of a network manager.  The server is typically a network device.  The terms "device" and "server" are used interchangeably in this document, as are "client" and "application".

A NETCONF session is the logical connection between a network administrator or network configuration application and a network device.  A device MUST support at least one NETCONF session and SHOULD support multiple sessions.  Global configuration attributes can be changed during any authorized session, and the effects are visible in all sessions.  Session-specific attributes affect only the session in which they are changed.

https://www.rfc-editor.org/rfc/rfc6241.html

</td>
</tr>
<tr>
<td>a second interface for connecting the interface device to the network device;</td>
<td>

The accused product discloses a second interface (e.g., NETCONF southbound Plugin) for connecting the interface device (e.g., Ericsson Network Manager installed on a hardware) to the network device (e.g., router).

As shown below, the accused product Ericsson Network Manager installed on a hardware (e.g., interface device) manages the VNFs (Virtual network Functions) that are orchestrated and deployed by the NFVI (Network Function Virtualization Infrastructure). It serves as an intermediate device between physical network devices such as router (e.g., network device) and its VNF (virtual network function).

</td>
</tr>
</table>

The Ericsson Network Manager installed on a hardware (e.g., interface device) and NFVI  are both part of Ericsson's Cloud Software and services where NFVI uses OpenDayLight protocol stack for communication and network management that comprises of NETCONF southbound plugin (e.g., second interface) that acts as an interface for managing and connecting the native hardware to the infrastructure that includes the Ericsson Network Manager installed on a hardware(e.g., interface device). NETCONF southbound Plugin (e.g., second interface) provides an interface for the Ericsson Network Manager installed on a hardware (e.g., interface device) to enable the native functionality of the connected hardware device such as router (e.g., network device).

OUR KEY BENEFITS

## Open

Design follows the ETSI architecture and uses open source components including OpenDaylight and OVS. Integrated SDN software with OpenStack using standard APIs.

https://www.ericsson.com/en/portfolio/cloud-software-and-services/cloud-core/cloud-infrastructure/nfvi/cloud-sdn



https://www.opendaylight.org/

https://www.opendaylight.org/platform-overview

# NETCONF User Guide

## Overview

NETCONF is an XML-based protocol used for configuration and monitoring devices in the network. The base NETCONF protocol is described in RFC-6241.

**NETCONF in OpenDaylight:.**

OpenDaylight supports the NETCONF protocol as a northbound server as well as a southbound plugin. It also includes a set of test tools for simulating NETCONF devices and clients.

https://docs.opendaylight.org/projects/netconf/en/latest/user-guide.html#northbound-netconf-servers

One goal of NETCONF is to provide a programmatic interface to the device that closely follows the functionality of the device's native interface.  Therefore, it is expected that the underlying protocol uses existing authentication mechanisms available on the device.  For example, a NETCONF server on a device that supports RADIUS [RFC2865] might allow the use of RADIUS to authenticate NETCONF sessions.

https://www.rfc-editor.org/rfc/rfc6241.html

## What is a plugin?

A plugin is a software component that adds specific functionality to an existing computer program or web browser. Plugins are designed to extend the capabilities of the host application without requiring any changes to its core code. They can be used for a variety of purposes, such as adding new features, improving performance, enhancing security, or integrating with third-party services.

## How do plugins work?

Plugins work by integrating with the host application through a defined interface. The host application provides hooks or APIs (Application Programming Interfaces) that plugins can use to interact with it. When you install a plugin, it typically adds new menu items, buttons, or options to user interface of the host application. When you interact with these elements, the plugin code is executed and performs its intended function.

https://www.lenovo.com/us/en/glossary/plugin/



https://www.ericsson.com/en/blog/2020/10/automation-for-5g-ip-transport-networks



https://www.ericsson.com/en/mobile-transport/purpose-built-router

| a vendor and technology specific layer module, which is operative to transmit control and message data to, and to receive control and message data | The accused product discloses a vendor and technology specific layer module (e.g., southbound NETCONF connector), which is operative to transmit control and message data to, and to receive control and message data from, the network device (e.g., router) in a native control and message data protocol of the network device (e.g., router).<br><br>As shown below, the accused product Ericsson Network Manager installed on a hardware (e.g., interface device) manages the VNFs (Virtual network Functions) that are orchestrated and deployed by the NFVI (Network Function Virtualization Infrastructure). It serves as an intermediate device between physical network devices such as router (e.g., network device) |

| from, the network device in a native control and message data protocol of the network device; | and its VNF (virtual network function).<br><br>The Ericsson Network Manager installed on a hardware (e.g., interface device) and NFVI are both part of Ericsson's Cloud Software and services where NFVI uses OpenDayLight APIs that comprise of NETCONF, YANG models, etc. A specific plugin used in NETCONF known as the southbound NETCONF connector (e.g., vendor and technology specific layer module) connects mounting devices such as router (e.g., network device) to the Ericsson Network Manager installed on a hardware (e.g., interface device) so as users can interact with router (for e.g., network device) by using the Ericsson Network Manager installed on a hardware (e.g., interface device). This process also exposes the capabilities of the physical devices such as router (e.g., network device) to the Ericsson network manager (ENM) installed on a hardware (e.g., interface device).  The configuring is done in device specific credentials meaning the southbound NETCONF connector (e.g., vendor and technology specific layer module) uses device specific language and terms for router (e.g., network device) configuration. |



https://www.ericsson.com/en/mobile-transport/purpose-built-router

OUR KEY BENEFITS

## Open

Design follows the ETSI architecture and uses open source components including OpenDaylight and OVS. Integrated SDN software with OpenStack using standard APIs.

https://www.ericsson.com/en/portfolio/cloud-software-and-services/cloud-core/cloud-infrastructure/nfvi/cloud-sdn



https://www.opendaylight.org/

**NETCONF in OpenDaylight:.**

OpenDaylight supports the NETCONF protocol as a northbound server as well as a southbound plugin. It also includes a set of test tools for simulating NETCONF devices and clients.

# Southbound (netconf-connector)

vendor and technology specific layer module

The NETCONF southbound plugin is capable of connecting to remote NETCONF devices and exposing their configuration/operational datastores, RPCs and notifications as MD-SAL mount points. These mount points allow applications and remote users (over RESTCONF) to interact with the mounted devices.

https://docs.opendaylight.org/projects/netconf/en/latest/user-guide.html#northbound-netconf-servers

## 1.2.  Protocol Overview

NETCONF uses a simple RPC-based mechanism to facilitate communication between a client and a server.  The client can be a script or application typically running as part of a network manager.  The server is typically a network device.  The terms "device" and "server" are used interchangeably in this document, as are "client" and "application".

A NETCONF session is the logical connection between a network administrator or network configuration application and a network device.  A device MUST support at least one NETCONF session and SHOULD support multiple sessions.  Global configuration attributes can be changed during any authorized session, and the effects are visible in all sessions.  Session-specific attributes affect only the session in which they are changed.

https://www.rfc-editor.org/rfc/rfc6241.html

NETCONF allows a client to discover the set of protocol extensions supported by a server.  These "capabilities" permit the client to adjust its behavior to take advantage of the features exposed by the device.  The capability definitions can be easily extended in a noncentralized manner.  Standard and non-standard capabilities can be defined with semantic and syntactic rigor.  Capabilities are discussed in Section 8.

https://www.rfc-editor.org/rfc/rfc6241.html

## What is a plugin?

A plugin is a software component that adds specific functionality to an existing computer program or web browser. Plugins are designed to extend the capabilities of the host application without requiring any changes to its core code. They can be used for a variety of purposes, such as adding new features, improving performance, enhancing security, or integrating with third-party services.

## How do plugins work?

Plugins work by integrating with the host application through a defined interface. The host application provides hooks or APIs (Application Programming Interfaces) that plugins can use to interact with it. When you install a plugin, it typically adds new menu items, buttons, or options to user interface of the host application. When you interact with these elements, the plugin code is executed and performs its intended function.

https://www.lenovo.com/us/en/glossary/plugin/

Configuring Device with Device-specific Credentials

Adding specific device to the allowed list is done by creating
`/odl-netconf-callhome-server:netconf-callhome-server/allowed-devices/device={device}` with device-id and connection parameters inside the ssh-client-params container.

https://docs.opendaylight.org/projects/netconf/en/latest/user-guide.html#device-specific-configuration

| | |
|---|---|
| a device abstraction layer module, which is | The accused product discloses a device abstraction layer module (e.g., MD-SAL (Model Drive-Service Abstraction Layer)), which is operative to generate a device abstraction model representing capabilities of the network device (e.g., router). |

| | |
|---|---|
| operative to generate a device abstraction model representing capabilities of the network device; and | As shown below, the accused product Ericsson Network Manager installed on a hardware (e.g., interface device) manages the VNFs (Virtual network Functions) that are orchestrated and deployed by the NFVI (Network Function Virtualization Infrastructure). It serves as an intermediate device between physical network devices such as router (e.g., network device) and its VNF (virtual network function).<br><br>The Ericsson Network Manager installed on a hardware (e.g., interface device) and NFVI are both part of Ericsson's Cloud Software and services where NFVI uses ODL OpenDayLight that comprises a MD-SAL (Model Driven-Service Abstraction Layer) (e.g., device abstraction layer module). The MD-SAL stores both the databases. First the Config-Datastore that has the virtual representation of the desired network and a second the Operational datastore that has the actual physical hardware network representation. The role of MD-SAL is to convert an existing hardware topology comprising of physical hardware devices like router (e.g., network device) to virtualized and abstract topology. This virtualized topology comprises of VNFs (virtualized network functions) that are abstract representation of the physical hardware devices such as router (e.g., network device). |



https://www.ericsson.com/en/mobile-transport/purpose-built-router

OUR KEY BENEFITS

## Open

Design follows the ETSI architecture and uses open source components including OpenDaylight and OVS. Integrated SDN software with OpenStack using standard APIs.

https://www.ericsson.com/en/portfolio/cloud-software-and-services/cloud-core/cloud-infrastructure/nfvi/cloud-sdn



| | |
|---|---|
| | https://www.opendaylight.org/<br><br>**OpenDaylight Documentation**   Calcium   Site ▾   Page ▾   Search<br><br>• Model-Driven Service Abstraction Layer (MD-SAL) is the OpenDaylight framework that allows developers to create new Karaf features in the form of services and protocol drivers and connects them to one another. You can think of the MD-SAL as having the following two components:<br><br>    a. A shared datastore that maintains the following tree-based structures:<br>        i. The Config Datastore, which maintains a representation of the desired network state.<br>        ii. The Operational Datastore, which is a representation of the actual network state based on data from the managed network elements.<br>    b. A message bus that provides a way for the various services and protocol drivers to notify and communicate with one another.<br><br>https://docs.opendaylight.org/en/stable-calcium/getting-started-guide/concepts_and_tools.html |
| a protocol mapping layer module, which is operative to map control and message data used by the network device onto the device abstraction model, such that messages issued | The accused product discloses a protocol mapping layer module (e.g., NETCONF connector utilizing YANG modelling language), which is operative to map control and message data used by the network device (e.g., router) onto the device abstraction model, such that messages issued by the SDN controller in its native message format can be transmitted to the network device (e.g., router) in the native message format of the network device (e.g., router), and messages issued by the network device (e.g., router) in its native message format can be transmitted to the SDN controller in the native message format of the SDN controller.<br><br>As shown below, the accused product Ericsson Network Manager installed on a hardware (e.g., interface device) manages the VNFs (Virtual network Functions) that are orchestrated and |

| | |
|---|---|
| by the SDN controller in its native message format can be transmitted to the network device in the native message format of the network device, and messages issued by the network device in its native message format can be transmitted to the SDN controller in the native message format of the SDN controller. | deployed by the NFVI (Network Function Virtualization Infrastructure). It serves as an intermediate device between physical network devices such as router (e.g., network device) and its VNF (virtual network function).<br><br>The Ericsson Network Manager installed on a hardware (e.g., interface device) and NFVI are both part of Ericsson's Cloud Software and services where NFVI uses ODL OpenDayLight that performs networking and communication using the OpenDayLight APIs that comprise of NETCONF, YANG models, etc. The NETCONF is a protocol used by the Ericsson Network Manager installed on a hardware (e.g., interface device) for connecting and communication with the connected physical hardware such as router (e.g., network device). However, the physical hardware devices such as router (e.g., network device) do not work on NETCONF protocol but on vendor specific languages such as YANG modelling language. The NETCONF connector basically translates and maps the messages, commands and configuration initiated by the SDN controller via Ericsson Network Manager installed on a hardware (e.g., interface device) to physical hardware device such router (e.g., network device) understandable device specific protocol like the YANG modelling language. |



https://www.ericsson.com/en/mobile-transport/purpose-built-router

OUR KEY BENEFITS

## Open

Design follows the ETSI architecture and uses open source components including OpenDaylight and OVS. Integrated SDN software with OpenStack using standard APIs.

https://www.ericsson.com/en/portfolio/cloud-software-and-services/cloud-core/cloud-infrastructure/nfvi/cloud-sdn

Netconf-connector is fully model-driven (utilizing the YANG modeling language) so in addition to the above RFCs, it supports any data/RPC/notifications described by a YANG model that is implemented by the device.

> **Tip**
> NETCONF southbound can be activated by installing `odl-netconf-connector-all` Karaf feature.

## Netconf-connector configuration

NETCONF connectors are configured directly through the usage of the network-topology model. You can configure new NETCONF connectors both through the NETCONF server for MD-SAL (port 2830) or RESTCONF. This guide focuses on RESTCONF.

https://docs.opendaylight.org/projects/netconf/en/latest/user-guide.html#northbound-netconf-servers

## 1.2.  Protocol Overview

NETCONF uses a simple RPC-based mechanism to facilitate communication between a client and a server.  The client can be a script or application typically running as part of a network manager.  The server is typically a network device.  The terms "device" and "server" are used interchangeably in this document, as are "client" and "application".

A NETCONF session is the logical connection between a network administrator or network configuration application and a network device.  A device MUST support at least one NETCONF session and SHOULD support multiple sessions.  Global configuration attributes can be changed during any authorized session, and the effects are visible in all sessions.  Session-specific attributes affect only the session in which they are changed.

https://www.rfc-editor.org/rfc/rfc6241.html

A key aspect of NETCONF is that it allows the functionality of the management protocol to closely mirror the native functionality of the device.  This reduces implementation costs and allows timely access to new features.  In addition, applications can access both the syntactic and semantic content of the device's native user interface.

https://www.rfc-editor.org/rfc/rfc6241.html

## YANG and NETCONF

The YANG data modeling language has been developed for specifying NETCONF (RFC 6241) data models and protocol operations.

NETCONF is a standard-based XML encoded network management protocol. NETCONF provides the transport via SSH protocol to communicate the YANG formatted configuration or operational data request from an application that runs on a management workstation (NETCONF client) to the network device (NETCONF server) that a user wishes to configure or request operational data from.

https://www.noction.com/blog/bgp-yang-next-generation





NETCONF is the standard for installing, manipulating and deleting configuration of network devices while YANG is used to model both configuration and state data of network elements. YANG structures the data definitions into tree structures and provides many modeling features, including an extensible type system, formal separation of state and configuration data and a variety of syntactic and semantic constraints. YANG data definitions are contained in modules and provide a strong set of features for extensibility and reuse.

https://www.networkworld.com/article/686181/understanding-netconf-and-yang.html